# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0783
_____

RICHARD A. MATHIS,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Leon County.
Joshua M. Hawkes, Judge.

April 10, 2024


PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and BILBREY and NORDBY, JJ., concur.

_____


***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Richard A. Mathis, pro se, Appellant.

Ashley Moody, Attorney General, and David Welch, Assistant Attorney General, Tallahassee, for Appellee.